## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

A.G.I.A., INC.                                  :
1115 Eugenia Place
Carpinteria, CA 93013-2062                      :

    Plaintiff,                           :

vs.                                             :    CA No. _____

MEDEX Assistance Corporation,                   :
8501 LaSalle Road, Suite 200
Towson, MD 21286                                :

SERVE                                           :
    Resident Agent:
    Bruce R. Kirby                            :
    8501 LaSalle Road, Suite 200
    Towson, MD 21286                          :

    Defendant.                           :

## COMPLAINT

Plaintiff A.G.I.A., Inc. ("AGIA"), by its attorneys Steven M. Pavsner, Lawrence R. Holzman and the Law Firm of Joseph, Greenwald & Laake, P.A., brings the following Complaint for injunctive and other relief pursuant to Rule 65 of the Federal Rules of Civil Procedure against Defendant MEDEX Assistance Corporation (hereinafter "MEDEX"), for: (i) misappropriation and conversion of trade secrets, customer lists and confidential business information, and (ii) breach of contract, and in support thereof avers as follows:

## PARTIES

1. Plaintiff AGIA is a California corporation with its principal place of business in, California.

2. Defendant MEDEX is a Maryland corporation, with its principal place of business in Maryland.

## JURISDICTION

3. Jurisdiction lies in this Court, pursuant to 28 U.S.C. §1332 as the parties are citizens of different states and the amount in controversy exceeds $75,000 exclusive of interest and costs.

4. Venue lies in this Court under 28 U.S.C. §1391 (a) as jurisdiction is founded on diversity and the Defendant is subject to personal jurisdiction in this judicial district pursuant to a contractual choice of forum clause. *Doctor's Associates, Inc. v. Stuart (2nd cir. 1996) 85 F3d 975,983*

## RELATED ARBITRATION CASE

5. The claims made herein arise out of and relate to an agreement between the parties that provides:

> 16. CONTROLLING LAW/RESOLUTION OF DISPUTES: This Agreement shall be a construed, and have effect in accordance with the laws governing the State of Maryland, USA; provided, however, that all disputes shall be subject to mediation and settlement by the parties or their representatives, pursuant to procedures agreed upon by the parties. **Any disputes, claims or issues which can not be resolved through mediation or otherwise shall be submitted by binding arbitration which shall be conducted in Washington, D.C., under the then-prevailing rules of the American Arbitration Association for the settlement of commercial disputes. (Emphasis Added)**

6. Substantially simultaneously with filing this complaint Plaintiff will submit a Demand for Arbitration to the Washington, D.C. office of the American Arbitration Association. Plaintiff is informed and believes and thereon avers that it could

take as long as 60 days to obtain the appointment of an arbitrator who could hear an application for interim relief.

7. Immediate injunctive relief is sought pursuant Federal Rule of Civil Procedures 65. Therefore Plaintiff AGIA has filed this complaint along with an Application for A Temporary Restraining Order and Preliminary Injunction and a Motion for Stay Pending Arbitration.

## FACTUAL BACKGROUND

8. Plaintiff AGIA specializes in marketing insurance products to affinity group members. An affinity group is a membership organization such as the Good Sam Club, Legionnaire Insurance Trust, NRA, California State Employees Association, Marine Corps Association and Moose Lodge. AGIA has contacts with each of the aforementioned affinity groups.

9. AGIA has entered into contracts with the aforementioned affinity groups and others pursuant to which the affinity groups provide AGIA with their member lists for AGIA to market its products to the groups' members. AGIA's agreements with its affinity groups include covenants to maintain the confidentiality of the groups' membership lists and to use the lists only to market approved products. The affinity groups' contracts also include covenants not to sell, distribute or use the groups membership lists for any other purposes. In exchange AGIA pays an agreed royalty to its affinity groups.

10. At issue in this case is an emergency assistance program for travelers developed by AGIA known as Emergency Assistance Plus ("EA+").

11. Since launching EA+ in 1992 AGIA has marketed it to affinity groups with over 7 million members. It does this through direct mail programs and advertising in affinity group publications.

12. From 2002 through today AGIA has investment at least $10,500,000 in marketing EA+. This includes royalty payments to the affinity groups of approximately $4,900,000 and marketing expenses for paper, postage, printing, etc. of approximately $5,600,000.

13. As a result of AGIA's marketing efforts 158,034 affinity group members have enrolled in the EA+ program since its launch in 1992 (Eligible Members). 92,754 of these Eligible Members were active as of December 31, 2006. AGIA has spent millions of dollars over a decade to obtain 92,754 actual subscribers from lists containing the names of over seven million prospects. It is the names and addresses of these Eligible Members that are an issue in this case.

14. Eligible Members submit their applications and payments to AGIA. AGIA creates and maintains a database of all Eligible Member

15. MEDEX is engaged in the business of providing emergency medical services and related assistance to travelers.

## THE PARTIES CONTRACT

16. AGIA and Defendant entered into a MEDEX Assistance Corporation Service Agreement effective January 1, 2002 ("Service Agreement".) *See* Exh. A (A copy of Exhibit A has been filed under seal pursuant to the terms of the Service Agreement paragraph 12 as to confidentiality). Pursuant to the Service Agreement,

MEDEX agreed to administer the EA+ program for AGIA in exchange for an annual fee per eligible member.

17. AGIA issued each Eligible Member an enrollment card which included a toll free phone number. With respect to some of the affinity groups, there is a dedicated toll free number for Eligible Members to call; for other groups, the Eligible Members are given a general phone number that may be used by other MEDEX customers. However, the vast majority of Eligible Members have cards with a dedicated number. When an Eligible Member calls the number on the card he or she reaches a MEDEX representative who responds to the emergency.

18. Twice each month AGIA provides MEDEX with an Excel Spreadsheet containing data on persons who have subscribed or renewed in the preceding month, together with payment of the annual fee (paid in advance) owed to MEDEX for the services it provides. The data includes the following, member name, membership type, effective date, expiration date, AGIA membership number, date of birth, home address and paid date. (Hereinafter "Eligible Member Data")

19. The Service Agreement was terminated by mutual agreement of the parties effective December 31, 2006. AGIA entered into a new contract with On Call International, LLC ("On Call") to provide emergency travel assistance effective January 1, 2007 and issued new cards to Eligible Members with On Call's toll free numbers.

20. AGIA and MEDEX agreed that on and after January 1, 2007, during the transition from MEDEX to On Call, MEDEX would answer Eligible Members' calls and refer them to On Call.

21. Certain obligations under the Service Agreement survive termination including:

> "9. D. Upon termination of this contract any unearned premium collected by MEDEX shall be remitted to AGIA for transfer to the new service provider.
>
> 12. <u>CONFIDENTIAL MATTERS</u>: Without prior written consent, neither AGIA nor MEDEX shall, at any time during of after termination of this Agreement cause or allow to be disclosed or divulged to any person, organization or news media representative, any information related to the business operations of the parties, including the terms and provisions, of, or a copy of, this Agreement and any exhibits or addenda attached hereto, the names and affairs of any eligible members if that information is designated by AGIA, MEDEX, eligible member or by law, custom or usage to be conditional or secret."

Amended Addendum A to the Service Agreement provides:

> "The Participating or Prospective Groups listed below, along with their subsidiaries and affiliates, are clients and/or prospective clients of AGIA for the Emergency Assistance Plus plan (EA+), as described in the attachment to Addendum B. MEDEX hereby agrees to work exclusively with AGIA on all MEDEX programs sponsored by a Participating or Prospective Group, including their subsidiaries or their affiliates. MEDEX and its employees, officers, and representatives will not communicate directly with representatives of these Participating or Prospective Groups unless AGIA authorizes MEDEX in writing to do so. This exclusive arrangement shall survive the termination of this agreement."

22. MEDEX also has a post termination obligation to provide or pay for claims arising on or before December 31, 2006 and to indemnify AGIA and its affinity groups for any claims arising out of MEDEX actions.

23. The Service Agreement provides at paragraph 14 as follows:

> 14. <u>INDEMNIFICATION</u>: MEDEX shall defend, indemnify and hold AGIA and participating group [i.e., The Affinity Groups] harmless from and against any and all losses, claims, demands, liabilities, costs, damages (including compensatory or punitive damages), and expenses (including attorney's Fees) which AGIA and participating group may incur by reason of any claim by any person arising out of an action of MEDEX which is adjudicated by a court of competent jurisdiction to constitute negligence, reckless or criminal conduct in the performance of its duties hereunder or which actions of MEDEX are held to constitute a failure of MEDEX to

6

perform its duties under this agreement. This obligation shall survive termination of this agreement.

24. The Emergency Assistance Plus (EA+) plan description attached as addendum B to the Service Agreement provides that MEDEX is responsible for providing emergency travel assistance services for incidents which occur during the term of the Service Agreement.

25. Maryland Law implies in every contract a covenant of good faith and fair dealing.

## **DEFENDANT'S BREACH OF THE SERVICE AGREEMENT**

26. MEDEX has stated that it has the right to use the Eligible Member Data to solicit Eligible Members.

27. AGIA discovered on January 8, 2007 that when EA+ members call in to MEDEX on the toll free number for assistance they are solicited to subscribe to a competitive program provided by MEDEX before they are referred to On Call.

28. Despite AGIA's request, MEDEX has refused to return AGIA's Eligible Member Data or transfer the toll free numbers to On Call.

29. AGIA estimates that MEDEX owes it approximately $735,000 in unearned premiums. Despite demand, MEDEX has yet to make a payment of said amount to AGIA.

30. MEDEX has disputed its obligation to pay, and has refused to pay, for expenses incurred by Eligible Members prior to January 1, 2007.

## DEFENDANT'S VIOLATION OF THE MARYLAND UNIFORM TRADE SECRETS ACT

31.     The Service Agreement provides for application of Maryland Law.  The Maryland Uniform Trade Secrets Act ("MUTSA"), MD. Com. Code Ann Law II. §§11-1201 to 1209 provides statutory remedies for misappropriation of trade secrets including damages and injunctive relief.  The Eligible Member Data is a trade secret.  AGIA's affinity groups' membership lists are closely guarded secrets.  AGIA pays its affinity groups for access to their member lists.  AGIA has spent over ten million dollars in marketing to these members to obtain subscribers to its EA+ product.  Only approximately 2% of members become Eligible Members.  AGIA's Eligible Member Data is not generally known or readily ascertainable by proper means by its competitors.

32.     The Eligible Member Data is subject to the following efforts to maintain its secrecy:

- The data is maintained by AGIA on secure servers, where the data is protected by the rigorous data security standards required for insurance administrators, including compliance with HIPAA data security standards.

- AGIA takes other appropriate measures to protect the confidentiality of the Eligible Members Data, including appropriate confidentiality policies and agreements with its employees and contractors and employee training programs.

- When AGIA transmits the Eligible Members data to MEDEX, it uses encryption software known as "PGP" to ensure that the data cannot be read or used by anyone other than the intended recipient.

8

- As described above, AGIA has included confidentiality and non-solicitation clauses in its Service Agreement with MEDEX.

## IRREPRABLE HARM

33. In the absence of injunctive relief prohibiting MEDEX from using the Eligible Member Data and soliciting Eligible Members, AGIA will suffer irreparable harm as follows:

- It will lose Eligible Members.
- It will risk being in breach of its contracts with its affinity groups.
- Its reputation within the affinity group market will be tarnished and it will suffer a loss of good will.
- It will risk losing the benefit of the millions of dollars that it invested in developing the Eligible Member Data.

34. A temporary restraining order and preliminary injunction are therefore necessary to maintain the status quo pending a hearing on the merits before the arbitrator.

## DAMAGES AND OTHER RELIEF

35. In addition to injunctive relief, Plaintiff has claims against Defendant for damages, declaratory relief and attorneys' fees which will be submitted for arbitration. If for any reason it should be determined that this court rather than the American Arbitration Association has jurisdiction over the merits of this dispute Plaintiff will seek leave to amend the Complaint herein as appropriate to include all relevant claims and damages.

## **PRAYER FOR RELIEF**

WHEREFORE, AGIA respectfully requests a temporary restraining order and a preliminary injunction issue immediately against MEDEX, and its Agents, Employees and Representatives enjoining them as follows:

A.  Prohibiting them from:

1.  Soliciting EA+ Eligible Members including those who call the toll free numbers.

2.  Using, disclosing, or transmitting Eligible Member Data for any purpose, other than providing services under the Service Agreement.

B.  Directing them to:

1.  Transfer all the EA+ dedicated toll free phone numbers to AGIA or its designee.

2.  Return to AGIA all EA+ Eligible Member Data.

C.  For such other and further relief as the court may deem just and proper.

WHEREFORE, AGIA further requests the forgoing injunctive relief pending the outcome of Arbitration, that this matter is otherwise stayed pending Arbitration and that any Arbitration award is entered in this court.

[SIGNATURE ON NEXT PAGE]

Respectfully Submitted,

JOSEPH, GREENWALD AND LAAKE, P.A.


By: ____*/s/ filed via ECF*_____
    Stephen M. Pavsner (Bar No. DC912220)
    Lawrence R. Holzman (Bar No. DC466472)
    6404 Ivy Lane, Suite 400
    Greenbelt, Maryland 20770
    (301)220-2200
    (301)220-1214 (fax)
    spavsner@jgllaw.com
    lholzman@jgllaw.com

Dated: January 12, 2007

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
**(EXCEPT IN U.S. PLAINTIFF CASES)**

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

## DEFENDANTS

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

1  U.S. Government Plaintiff
2  U.S. Government Defendant
3  Federal Question (U.S. Government Not a Party)
4  Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and <u>one</u> in a corresponding Nature of Suit)

### A. *Antitrust*

**410 Antitrust**

### B. *Personal Injury/Malpractice*

- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury
- 362 Medical Malpractice
- 365 Product Liability
- 368 Asbestos Product Liability

### C. *Administrative Agency Review*

**151 Medicare Act**

**Social Security:**
- 861 HIA ((1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g)
- 864 SSID Title XVI
- 865 RSI (405(g)

**Other Statutes**
- 891 Agricultural Acts
- 892 Economic Stabilization Act
- 893 Environmental Matters
- 894 Energy Allocation Act
- 890 Other Statutory Actions (If Administrative Agency is Involved)

### D. *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### E. *General Civil (Other)*    OR    F. *Pro Se General Civil*

**Real Property**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent, Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**Personal Property**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**Bankruptcy**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- 535 Death Penalty
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition

**Property Rights**
- 820 Copyrights
- 830 Patent
- 840 Trademark

**Federal Tax Suits**
- 870 Taxes (US plaintiff or defendant
- 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- 610 Agriculture
- 620 Other Food &Drug
- 625 Drug Related Seizure of Property 21 USC 881
- 630 Liquor Laws
- 640 RR & Truck
- 650 Airline Regs
- 660 Occupational Safety/Health
- 690 Other

**Other Statutes**
- 400 State Reapportionment
- 430 Banks & Banking
- 450 Commerce/ICC Rates/etc.
- 460 Deportation

- 470 Racketeer Influenced & Corrupt Organizations
- 480 Consumer Credit
- 490 Cable/Satellite TV
- 810 Selective Service
- 850 Securities/Commodities/ Exchange
- 875 Customer Challenge 12 USC 3410
- 900 Appeal of fee determination under equal access to Justice
- 950 Constitutionality of State Statutes
- 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| G. *Habeas Corpus/ 2255*  530 Habeas Corpus-General  510 Motion/Vacate Sentence | H. *Employment Discrimination*  442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)  *(If pro se, select this deck)* | I. *FOIA/PRIVACY ACT*  895 Freedom of Information Act  890 Other Statutory Actions (if Privacy Act)  *(If pro se, select this deck)* | J. *Student Loan*  152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| K. *Labor/ERISA (non-employment)*  710 Fair Labor Standards Act  720 Labor/Mgmt. Relations  730 Labor/Mgmt. Reporting & Disclosure Act  740 Labor Railway Act  790 Other Labor Litigation  791 Empl. Ret. Inc. Security Act | L. *Other Civil Rights (non-employment)*  441 Voting (if not Voting Rights Act)  443 Housing/Accommodations  444 Welfare  440 Other Civil Rights  445 American w/Disabilities-Employment  446 Americans w/Disabilities-Other | M. *Contract*  110 Insurance  120 Marine  130 Miller Act  140 Negotiable Instrument  150 Recovery of Overpayment & Enforcement of Judgment  153 Recovery of Overpayment of Veteran's Benefits  160 Stockholder's Suits  190 Other Contracts  195 Contract Product Liability  196 Franchise | N. *Three-Judge Court*  441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

| 1 Original Proceeding | 2 Removed from State Court | 3 Remanded from Appellate Court | 4 Reinstated or Reopened | 5 Transferred from another district (specify) | 6 Multi district Litigation | 7 Appeal to District Judge from Mag. Judge |
|---|---|---|---|---|---|---|

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

| VII. REQUESTED IN COMPLAINT | CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23 | **DEMAND $**  **JURY DEMAND:** | Check YES only if demanded in complaint  **YES**  **NO** |
|---|---|---|---|
| VIII. RELATED CASE(S) IF ANY | (See instruction)  **YES**  **NO** | If yes, please complete related case form. | |

**DATE**        **SIGNATURE OF ATTORNEY OF RECORD**

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

- **I.**   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

- **III.**  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section **II**.

- **IV.**  CASE ASSIGNMENT AND NATURE OF SUIT:  The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint.  You may select only one category.  You must also select one corresponding nature of suit found under the category of case.

- **VI.**  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

- **VIII.** RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.