UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| A.G.I.A., INC. | : | |
| 1115 Eugenia Place | | |
| Carpinteria, CA 93013-2062 | : | |
| | | |
|     Plaintiff, | : | |
| | | |
| vs. | : | CA No. _____ |
| | | |
| MEDEX Assistance Corporation, | : | |
| 8501 LaSalle Road, Suite 200 | | |
| Towson, MD  21286 | : | |
| | | |
| SERVE | : | |
|     Resident Agent: | | |
|     Bruce R. Kirby | : | |
|     8501 LaSalle Road, Suite 200 | | |
|     Towson, MD  21286 | : | |
| | | |
|     Defendant. | : | |

**MOTION TO SEAL COMPLAINT AS TO EXHIBIT A**

      Now comes the Plaintiff A.G.I.A., Inc. by and through its attorneys Steven M. Pavsner, Lawrence R. Holzman and the Law Firm of Joseph, Greenwald & Laake, P.A., and hereby moves that this honorable court file the attached document under seal pursuant to L. R. Civ. P. 5.1 (j), and for cause states as follows:

      1.     The lawsuit in this matter is based on a commercial dispute related to the possession and use of certain confidential business information and trade secrets and a contact between the parties (the "Contract").

      2.     The Plaintiff has referenced the Contract in the Complaint in this matter as Exhibit A, which is incorporated by reference into the Complaint, subject to an Order sealing the exhibit.  The Exhibit is a portion of the Contract.

    3.    The Contract states expressly at paragraph 12 that neither of the parties are to divulge the substance of the Contract to any person or organization.  There is no exception in the agreement for court filings.  A copy of the Contract has been attached to this motion in a sealed envelope in portions marked as Complaint Exhibit A.

    4.    By this motion, the Plaintiff seeks to seal Exhibit A to the Complaint.

WHEREFORE, the Plaintiff respectfully request that the document attached, identified as Exhibits A to the Complaint be sealed in the record of this matter, and that the court award such other and further relief as the cause of justice may require.

Respectfully Submitted,

Joseph, Greenwald & Laake, P.A.

    */s/ filed via ECF*
Steven M. Pavsner (Bar No. DC912220)
Lawrence R. Holzman (Bar No. DC466472)
6404 Ivy Lane, Suite 400
Greenbelt, MD  20770
(301) 220-2200 (v); (301) 220-1214 (fax)
*Counsel for Plaintiffs*

January 12, 2007

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| A.G.I.A., INC. | : |
|     Plaintiff, | : |
| vs. | :    CA No. _____ |
| MEDEX Assistance Corporation, | : |
|     Defendant. | : |

**ORDER**

UPON CONSIDERATION of Plaintiff's Motion to Seal, is this \_\_\_\_ day of _____, 2007, hereby

ORDERED, that the Motion to Seal the Complaint as to Exhibit A be and hereby is GRANTED; and it is further

ORDERED, that the Complaint in this matter be and hereby is SEALED as to Exhibit A which has been filed under seal.

_____
Judge
U.S. District Court for District of Columbia