UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| A.G.I.A, Inc., | : |
|     Plaintiff, | : |
| vs. | :   CA No.:  07-CV-105 RCL |
| MEDEX ASSISTANCE CORPORATION, | : |
|     Defendant. | : |

## MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW counsel for the Plaintiff, Lawrence R. Holzman and the law firm of Joseph, Greenwald & Laake, P.A. and moves for the special admission (*pro hac vice*) of Ian M. Guthrie, Esquire of the law firm of Schley Look & Guthrie LLP in Santa Barbara, California. Pursuant to the Rules of this Court (special admission of out-of-state attorneys), Mr. Guthrie certifies by his signature below that:  (1) he is a member in good standing of the Bars of the State of California and the United States Court of Appeals for the Ninth Circuit as well as the Southern, Eastern, Northern and Central Federal District Courts of California; has not been specially admitted in this Court during the two (2) year period immediately preceding the filing of this motion; and (2) has not been disciplined by the Bars to which he has been admitted.

                                                  Respectfully submitted

                                                  Joseph, Greenwald & Laake, P.A.

                                                  By:      */s/ filed via ECF*
                                                        Lawrence R. Holzman (Bar No. 466472)
                                                        6404 Ivy Lane, Suite 400
                                                        Greenbelt, MD  20770
                                                        (301) 220-2200; (301) 220-1214 (fax)
                                                        *Counsel for Plaintiff*

January 25, 2007

I HEREBY CERTIFY that I am a member in good standing of the Bars of the State of California and the United States Court of Appeals for the Ninth Circuit as well as the Southern, Eastern, Northern and Central Federal District Courts of California ; I have not been specially admitted in this Court during the two (2) year period immediately preceding the filing of this motion; and I have not been disciplined by the Bars to which I have been admitted immediately preceding the filing of this motion.

Schley Look & Guthrie LLP

By: *[signature]*
Ian M. Guthrie
311 E Carrillo Street, Suite D
Santa Barbara, CA 93101-7475
(805) 966-2985; (805) 966-2280 (Fax)

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| A.G.I.A, Inc., | : |
|     Plaintiff, | : |
| vs. | :    CA No.:  07-CV-105 RCL |
| MEDEX ASSISTANCE CORPORATION, | : |
|     Defendant. | : |

ORDER

UPON CONSIDERATION of the Motion for Admission *Pro Hac Vice*, and it appearing to this Honorable Court that the requested relief is just and proper, it is this _____ day of _____, 2007, by the United States District Court for the District of Columbia

**ORDERED**, that the said Motion be and hereby is, GRANTED; and it is further

**ORDERED**, that Ian M. Guthrie, Esquire is hereby specially admitted as co-counsel for the Plaintiff in the above case as well as the related AAA arbitration.

 

_____
Judge, United States District Court
For the District of Columbia