IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AGIA, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CA No.: 07-CV-105 RCL |
| | ) | |
| MEDEX ASSISTANCE CORP., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MOTION TO STAY PENDING ARBITRATION**

Comes now the Plaintiff, AGIA, Inc. by and through counsel, Steven M. Pavsner, Lawrence R. Holzman, and the law firm of Joseph, Greenwald & Laake, P.A., and respectfully requests that this Honorable Court stay proceedings pending the outcome of arbitration and, as cause therefore, states as follows:

1. Plaintiff AGIA is currently in a dispute with Defendant MEDEX for MEDEX's breach of a service agreement.

2. The service agreement contains an arbitration clause where all disputes are to be arbitrated in the District of Columbia. See Complaint at Exhibit A (exhibit filed under seal). A demand for arbitration will be filed with the American Arbitration Association shortly.

3. AGIA seeks to stay the proceedings in this matter, other than adjudication of the pending application for Temporary Restraining Order and Preliminary Injunction, until such time as the Arbitration has been resolved.

4. The Federal Arbitration Act provides:

> If any suit or proceeding be brought in any of the courts of the United States upon any issue referable to arbitration under an agreement in writing for such arbitration, the court in which such suit is pending, upon being satisfied that the issue involved in such suit or proceeding is referable to arbitration under such an agreement, shall

on application of one of the parties stay the trial of the action until such arbitration has been had in accordance with the terms of the agreement, providing the applicant for the stay is not in default in proceeding with such arbitration.

9 U.S.C.A. § 3

Wherefore, the Plaintiff respectfully requests that this Honorable Court stay any further proceedings in this matter pending resolution of Arbitration.

## CONDITIONAL REQUEST FOR HEARING

Should the Court not be inclined to grant the relief sought herein on the papers, the Plaintiff respectfully requests a hearing.

Respectfully submitted,

JOSEPH, GREENWALD, & LAAKE, P.A.

_____/s/ filed via ECF_____
Stephen M. Pavsner (Bar No. DC912220)
Lawrence R. Holzman (Bar No. DC466472)
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
(301)220-2200
(301)220-1214 (fax)
spavsner@jgllaw.com
lholzman@jgllaw.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 25th day of January, 2007, a copy of the foregoing Motion to Stay Pending Arbitration was sent to:

Medex Assistance Corporation
c/o Resident Agent
Bruce R. Kirby
8501 LaSalle Road, Suite 200
Towson, MD  21286
*via overnight delivery (FedEx)*

Creighton R. Magid
Dorsey & Whitney, LLP
Washington Square
1050 Connecticut Avenue, NW, Suite 1250
Washington, DC  20036
*via electronic mail (magid.chip@dorsey.com) and overnight delivery (FedEx)*

William R. Stoeri
F. Matthew Ralph
Dorsey & Whitney, LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN  55402-1498
*via overnight delivery (FedEx)*

                                                                */s/ filed via ECF*
                                                                 Lawrence R. Holzman

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AGIA, INC. | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CA No.: 07-CV-105 RCL |
| | ) |
| MEDEX ASSISTANCE CORP., | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**O R D E R**

UPON CONSIDERATION of the Plaintiff's Motion to Stay, any Opposition thereto, and any hearing of the matter, it is this _____ day of _____, 2007, by the United States District Court for the District of Columbia,

**ORDERED**, that the Defendants' Motion to Stay be and the same hereby is **GRANTED**; and it is further

**ORDERED**, that all proceedings in this matter, with the exception of those matters pertaining to the Plaintiff's Application for Temporary Restraining Order and Preliminary Injunction, are hereby stayed pending arbitration between the parties.

_____
    Judge, Royce C. Lamberth
        U.S. District Court for the
        District of Columbia