## United States District Court for the District of Maryland

| | |
|---|---|
| A.G.I.A., INC. ) | |
| ) | Case No.: 07-CV-105 RCL |
| Plaintiff ) | |
| v. ) | |
| MEDEX ASSISTANCE CORPORATION ) | |
| Defendant ) | |

### AFFIDAVIT OF SERVICE

That I, Roland Gonzales, hereby solemnly affirms under the penalties of perjury and upon personal knowledge that the contents of the following document are true and do affirm I am competent person over 18 years of age and not a party to this action.

That I served Medex Assitance Corporation with the following list of documents: Complaint, Consent to Have the Matter Heard Before a Magistrate Judge, Summons, CO-942b, ECF Registration FormMotion to Seal Complaint as to Exhibit A and Certificate Rule LCvR 7.1 by then and there personally delivering a true and correct copy of the documents into the hands of and leaving with Bruce Kirby, who's Title/Relationship to the person/entity being served is Registered Agent.

That on January 26, 2007 at 2:55 PM at 8501 LaSalle Road Suite 200 Towson, MD 21286 service was made by;

__ Personal Service: By personally delivering the documents to the person being served.

__ Substitute Service: By leaving the documents at the dwelling house or usual place of abode of the documents with a member of the household who stated they resided therein and was of suitable age and discretion, and was explained the general nature of the documents.

__ Corporate, Registered Agent or Legal Representative Service: By leaving with an Officer, Director or a person who stated the had authority to accept service of process for the above listed person or entity.

__ By affixing a true copy of each to the door of said premises to the door of said premises, which is the recipients actual place of abode.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:

Gender: Male   Race/Skin: White   Hair: Grey   Glasses: Yes   Approx. Age: 55   Height: 5'4   Weight: 160

Roland Gonzales
Due Process
P.O. Box 2396
Columbia, MD 21045
(800) 228-0484

Executed on: 1-26-07

Subscribed and sworn to before me, a notary public, on this 26th day of January, 2007.

Notary Public

My Commission Expires:

ID: 07-000524



My comm. exp. Feb. 20, 2008