AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

A.G.I.A., Inc.,
)
        Plaintiff(s)          )    **APPEARANCE**
                              )
                              )
        vs.                   )    CASE NUMBER   07-CV-105-RCL
MEDEX ASSISTANCE              )
CORPORATION,                  )
        Defendant(s)          )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Creighton R. Magid  as counsel in this
                                (Attorney's Name)

case for:  Defendant, Medex Assistance Corporation
           (Name of party or parties)

January 30, 2007                            [signature]
Date                                        Signature
                                            Creighton R. Magid
476961                                      Print Name  DORSEY & WHITNEY LLP
BAR IDENTIFICATION
                                            1050 Connecticut Avenue, N.W., Suite 1250
                                            Address

                                            Washington, D.C.   20036
                                            City        State       Zip Code

                                            (202) 442-3555
                                            Phone Number

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 30th day of January, 2007, a copy of the foregoing Notice of Appearance was sent by electronic means and mailed by first-class mail, postage prepaid to:

Stephen M. Pavsner, Esquire (spavsner@jgllaw.com)
Lawrence R. Holzman, Esquire (lholzman@jgllaw.com)
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, Maryland  20770

/S/ CREIGHTON R. MAGID
_____
Creighton R. Magid