# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| A.G.I.A., Inc., | : |
|        Plaintiff, | : |
| vs. | :    Civil Action No. 07-CV-105-RCL |
| MEDEX ASSISTANCE CORPORATION, | : |
|        Defendant. | : |

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for Medex Assistance Corporation, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Medex Assistance Corporation , which have any outstanding securities in the hands of the public:

    MEDEX Assistance Corporation (a Minnesota corporation) is owned by MEDEX Global Group, Inc. (a Minnesota corporation).  MEDEX Global Group, Inc. also owns MEDEX Insurance Services (a Maryland corporation).

These representations are made in order that judges of this court may determine the need for recusal.

                                                    Attorney of Record

                                                    /S/ CREIGHTON R. MAGID
                                                    _____
                                                    Creighton R. Magid (DCB# 476961)
                                                    DORSEY & WHITNEY LLP
                                                    1050 Connecticut Avenue, N.W., Suite 1250
                                                    Washington, DC 20036
                                                    Tel:   (202) 442-3555
                                                    Fax:  (202) 442-3199
                                                    magid.chip@dorsey.com

DATED:  January 30, 2007

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 30th day of January, 2007, a copy of the foregoing CERTIFICATE RULE LCvR 7.1 was sent by electronic means and mailed by first-class mail, postage prepaid to:

Stephen M. Pavsner, Esquire (spavsner@jgllaw.com)
Lawrence R. Holzman, Esquire (lholzman@jgllaw.com)
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, Maryland  20770

/S/ CREIGHTON R. MAGID
_____
Creighton R. Magid