AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

A.G.I.A., Inc.

      Plaintiff(s)

vs.

Medex Assistance Corporation

      Defendant(s)

**APPEARANCE**

CASE NUMBER   07-CV-105 RCL

To the Clerk of this court and all parties of record:

Please enter the appearance of   Steven M. Pavsner   as counsel in this
(Attorney's Name)

case for:   A.G.I.A., Inc.
(Name of party or parties)

February 1, 2007
Date

*[Signature]*
Signature

912220
BAR IDENTIFICATION

Steven M. Pavsner
Print Name

6404 Ivy Lane, Suite 400
Address

Greenbelt, MD   20770
City         State         Zip Code

301-220-2200
Phone Number