UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| A.G.I.A., Inc., <br><br> Plaintiff, <br><br> v. <br><br> MEDEX ASSISTANCE CORP., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-105 (RCL) <br> ) <br> ) <br> ) <br> ) |

### ORDER

Upon consideration of the Motion [4] for Admission *Pro Hac Vice* of Ian M. Guthrie, Esq., of the law firm of Schley Look & Guthrie LLP in Santa Barbara, California, and it appearing to this Court that the requested relief is just and proper, it is hereby

ORDERED that the Motion [4] is GRANTED; and it is further

ORDERED that Ian M. Guthrie, Esq., is hereby specially admitted as co-counsel for Plaintiff in the above case as well as the related arbitration.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, February 2, 2007.