UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

A.G.I.A. Inc.,                                :

    Plaintiff,                         :

vs.                                           :  CA No.: 07-CV-105 RCL

MEDEX ASSISTANCE CORPORATION,                 :

    Defendant.                         :

_____

## SUPPLEMENTAL DECLARATION OF DAVID H. McCARTY

I, David H. McCarty, declare:

1. I am the executive vice president of A.G.I.A., Inc. ("AGIA") with responsibility for developing new business relationships, and expanding current business relationships with clients, carriers, and business partners. . I have personal knowledge of the facts herein, except where indicated.

2. I submit this declaration in reply to Mr. Mair's declaration dated January 30, 2007.

3. On the morning of January 31, 2007 I called the five phone numbers we have requested from MEDEX and found the following:

    A. 800-698-5688 – I immediately got the automated message attached as Exhibit B to Mr. Mair's declaration. This is the number dedicated for the California State Employees Association.

    B. 877-565-2542 – I immediately got the automated message attached as Exhibit B to Mr. Mair's declaration. This is the number dedicated for the AGIA clubs: Good Sam, Good Sam ERS, Camping World, Golf Card, and Coast to Coast.

C. 877-773-3432 – I immediately got the automated message attached as Exhibit B to Mr. Mair's declaration. This is the number dedicated for Legionnaires Insurance Trust, the National Rifle Association, Marine Corps Association, and Reserve Officers Association, all clients of AGIA.

D. 800-586-0193 – I immediately got the automated message attached as Exhibit B to Mr. Mair's declaration. This is the number dedicated for the Moose Voluntary Insurance Program, an AGIA client.

E. 800-527-0218 – The auto attendant picks up and says: "all collect calls are accepted. You have reached your emergency center………please hold." That was on my first attempt at 9:47am. after the automated attendant introduction I then got dead air that lasted for 5 minutes. I hung up and tried again. After a couple of attempts that didn't get through I finally got the automated attendant again and this time music, followed by a person who asked me how I got this number along with a list of other questions. I explained that I was calling regarding the Emergency Assistance Plus plan and that this number was included on a card from the American Optometric Association. She asked if I had a group number or member number and I said no. I chose at that point to terminate the call. This is the number we have provided to the American Optometric Association members. Since it was not answered by the voice message script I would accept that it may be possible that Medex uses it for other clients in addition to the American Optometric Association and that it may not be exclusively dedicated to one of our Eligible Member client dedicated lines, in which case this is not a number AGIA would expect to be transferred.

4. To say that phone number's A, B, C, & D above are used by other MEDEX clients is unbelievable. If this were so, how would MEDEX' other clients get to someone at MEDEX to service their calls? No one is answering those numbers! The callers are told MEDEX is no longer working with EA+, given the On Call number and then the phone goes to dead air. Obviously only AGIA's EA+ members are calling in on these lines.

5. The other thing I noticed when I called lines A through D was that I had a number of busy signals. My assumption is that Medex has reduced the number of incoming lines assigned to these telephone numbers. If so, it is jeopardizing service to our customers at a time of emergency need.

6. Mr. Mair makes much of MEDEX' offer not to solicit without providing AGIA with 14 days prior notice. However, their past history has shown they can't be trusted with their 14 day "promise" and the risk to AGIA of Medex intentionally or unintentionally marketing to the Eligible Members is too great. I believe the recorded message attached to MEDEX' opposition as Exhibit A was a solicitation and violated its promise of prior notice. The telesales script they reference as Exhibit A would possibly put AGIA in breach of our contracts with clients and possibly HIPAA and other privacy laws. They seem pretty casual about doing that and basically take the approach that *it's OK until someone catches us*, at which point they simply change to the script in Exhibit B. We can't risk a casual or unintentional mistake as it could cause us to be in breach of our client contracts and in breach of the Eligible Members' privacy rights.

7. We have given MEDEX the exact number of EA+ enrollments and calculation for the unearned premiums, on January 15, 2007; and we have offered to verify the back up data. MEDEX saying they have not sent us our money because it hasn't been calculated is plain and simply incorrect! We have given them everything they need, and then some, to verify the number and calculation.

I declare under penalty of perjury that the foregoing is true and correct and was executed by me at Minneapolis, Minnesota on January 31, 2007.

_David H. McCarty_