UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| A.G.I.A., Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-105 (RCL) |
| ) | |
| MEDEX ASSISTANCE CORP., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of Plaintiff's Motion [5] for a Preliminary Injunction, the opposition and reply thereto, and the record herein, and the oral arguments of counsel, it is, for the reasons stated on the record in open court this date, hereby found that:

1. Pursuant to the Federal Arbitration Act ("FAA") 9 U.S.C. § 3 and *Performance Unlimited v. Questar Publishes Inc.,* 52 F.2d 1373, 1380 (6th Cir. 1995) AGIA has the right to seek interim injunctive relief from this Court pending an arbitration hearing before a panel of duly appointed arbitrators;

2. AGIA Eligible Member Data consisting of the names, addresses and certain other basic information of AGIA's Eligible Members' is being misappropriated by Medex Assistance Corp. ("Medex") and MEDEX is soliciting AGIA's Eligible;

3. Plaintiff will suffer irreparable harm and loss if Medex is permitted to convert Plaintiff's property to Medex's use and benefit and is permitted to solicit AGIA's customers;

4. AGIA has a statutory right to injunctive relief pursuant to The Maryland Uniform Trade Secrets Act, *Md. Code Ann. Com. Law II §11-1202;*

5. AGIA has no adequate remedy at law;

6. Greater injury will be inflicted upon AGIA by denial of temporary injunctive relief than would be inflicted upon Medex by the granting of such relief; and

7. The issuance of injunctive relief will serve the public interest, *inter alia*, further preserve the Eligible Members access to emergency help and preserve their privacy.

8. **IT IS HEREBY ORDERED** that, pending further order of this Court or of a panel of duly appointed arbitrators**:**

    (1) Medex is enjoined, directly or indirectly, with their agents, employees and representatives, from (a) using or disclosing in any way any of the Documents related to the EA+ program and/or EA+ eligible persons to solicit EA+ eligible customers, and (b) using in any way or furnishing to any third-party any of the Documents and other information contained in the Documents at any time, or any copies and/or extracts thereof;

    (2) Using, disclosing, or transmitting EA+ Eligible Member Data for any purpose, other than providing services under the Service Agreement;

    (3) Medex shall immediately make appropriate arrangements to transfer all the EA+ dedicated toll free phone numbers currently in

its control to AGIA or its designee. The phone numbers are:

    (i)    (877) 773-3432

    (ii)    (800) 698-5688

    (iii)    (877) 565-2542

    (iv)    (800) 586-0193

9. **IT IS FURTHER ORDERED** that Plaintiff shall post a bond of $25,000.00 with the Court on or before February 7, 2007, and shall be allowed to act as its own surety for such bond.

10. **IT IS FURTHER ORDERED** that the motion for temporary restraining order is now MOOT.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, February 5, 2007.