UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

A.G.I.A, Inc.,                                  :

    Plaintiff,                              :

vs.                                             :  CA No.: 07-CV-105 RCL

MEDEX ASSISTANCE CORPORATION,                   :

    Defendant.                              :

**PRELIMINARY INJUNCTION BOND**

    WHEREAS, by Order, dated February 5, 2007, of the above-entitled Court, Plaintiff is required to file an undertaking in the sum of Twenty-Five Thousand Dollars ($25,000.00) as a condition of the Preliminary Injunction enjoining the above-named Defendant from the commission of certain acts as more fully set forth in said Order, and

    WHEREAS, the Court has permitted Plaintiff to serve at its own surety.

    NOW, THEREFORE, A.G.I.A., Inc., in consideration of the premises and the issuance of said Preliminary Injunction does hereby undertake to pay all costs and disbursements that may be decreed to the Defendant and such damages not exceeding the amount of Twenty-Five Thousand Dollars ($25,000.00) as the Defendant may sustain by reason of said Preliminary Injunction, if the same is found wrongful and without sufficient cause.

    IN WITNESS WHEREOF, we have set our hand and seal this 6th day of February, 2007.

                                          A.G.I.A., Inc.

                                          By: _Julie J. Capritto_

State of California
County of Santa Barbara

Subscribed and sworn to (or affirmed) before me on this 6th day of February, 2007, by Julie L. Capritto, personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_Patricia Card-Vasquez_
Notary Public                                                                    [seal]

My commission expires February 21, 2007.

PATRICIA CARD-VASQUEZ
Commission # 1395595
Notary Public - California
Santa Barbara County
My Comm. Expires Feb 21, 2007