UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

A.G.I.A., INC.                                    :

    Plaintiff,                           :

vs.                                               :   CA No. 07-105

MEDEX Assistance Corporation,                     :

    Defendant.                           :

FILED
FEB - 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

UPON CONSIDERATION of Plaintiff's Motion to Seal *Exhibit A* is this 5th day of _February_, 2007, hereby

ORDERED, that the Motion to Seal the Complaint as to Exhibit A be and hereby is GRANTED; and it is further

ORDERED, that the Complaint in this matter be and hereby is SEALED *solely* as to Exhibit A 1 which has been filed under seal.

_____
Judge Royce C. Lamberth
U.S. District Court for District of Columbia