**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| A.G.I.A, Inc., | : |
|     Plaintiff, | : |
| vs. | :  CA No.: 07-CV-105 RCL |
| MEDEX ASSISTANCE CORPORATION, | : |
|     Defendant. | : |

**PLAINTIFF'S MOTION TO SHORTEN TIME AND FOR EXPEDITED CONSIDERATION**

Now comes AGIA, Inc. ("Plaintiff") by and through counsel, Lawrence R. Holzman and Steven M. Pavsner and Joseph, Greenwald & Laake, P.A. and files this motion to Shorten Time and for Expedited Consideration of the its Consolidated Motion to Show Cause as to Contempt and to Enforce Preliminary Injunction, and for cause states as follows:.

1. Plaintiff filed a complaint on January 16, 2007. It filed an application for TRO and preliminary injunction on January 25, 2007.

2. After full briefing, the Court granted the motion on February 5, 2007.

3. The Court entered an order (the "Order") enjoining the Defendant from, *inter alia*, using Plaintiff's trade secrets or soliciting Plaintiff's customers and directing Defendant to transfer control of four dedicated toll-free customer service telephone numbers to the Plaintiff. *See* Exh. A (Order Granting Preliminary Injunction).

4. Pursuant to the Order, the Plaintiff filed an undertaking as self-surety in the record of this matter on February 6, 2007.

5. Nonetheless, the Defendant has failed to transfer the dedicated telephone numbers as required by the preliminary injunction.

6. Concurrently herewith, the Plaintiff has filed a Consolidated Motion to Show Cause as to Contempt and to Enforce Preliminary Injunction (the "Contempt Motion").

7. As set forth in more detail in the Contempt Motion, the Defendant refuses to obey the Preliminary Injunction. The Plaintiff urgently needs to have the Preliminary injunction order enforced.

8. Defendant blatantly disregards the authority of this Court by failing to obey its lawful Order.

9. The interest of justice will be served if the Court shortens the time to respond to the Motion to Show Cause so that the Defendant must file a written answer, if it so desires, on or before February 16, 2007, and that any hearing on this matter be expedited to the earliest possible date thereafter.

Wherefore, the Plaintiff respectfully requests that the time for Defendant to respond to the Show Cause Order, if entered, be shortened and that any written response that Defendant may wish to file be filed on or before February 16, 2007, and that any hearing will be conducted shortly thereafter.

Respectfully submitted,

JOSEPH, GREENWALD, & LAAKE, P.A.

*/s/ filed via ECF*
Stephen M. Pavsner (Bar No. DC912220)
Lawrence R. Holzman (Bar No. DC466472)
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
(301)220-2200
(301)220-1214 (fax)
spavsner@jgllaw.com
lholzman@jgllaw.com
*Co-Counsel for Plaintiff*

SCHLEY LOOK & GUTHRIE LLP

Ian M. Guthrie, Esquire, *pro hac vice*
311 E Carrillo Street, Suite D
Santa Barbara, CA 93101-7475
*Co-Counsel for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February, 2007, a copy of the foregoing Plaintiff's Motion to Shorten Time and for Expedited Consideration was served on:

Creighton R. Magid, Esquire
Dorsey & Whitney, LLP
Washington Square
1050 Connecticut Avenue, NW, Suite 1250
Washington, DC 20036
*via ECF*

William R. Stoeri, Esquire
F. Matthew Ralph, Esquire
Dorsey & Whitney, LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
*via overnight delivery (FedEx)*

_____/s/ filed via ECF_____
Lawrence R. Holzman

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| A.G.I.A, Inc., | : |
|     Plaintiff, | : |
| vs. | :   CA No.: 07-CV-105 RCL |
| MEDEX ASSISTANCE CORPORATION, | : |
|     Defendant. | : |

**ORDER**

UPON CONSIDERATION of the Plaintiff's Motion to Shorten Time it is this ____ day of _____, 2007, hereby

ORDERED, that the Defendant shall file a written response to the Show Cause Order issued concurrently herewith on or before February 16, 2007.

                                                Judge, U.S. District Court for the
                                                    District of Columbia