UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| A.G.I.A., Inc, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 07-0105 (RCL) |
| | : | | |
| v. | : | Document Nos.: | 23, 24 |
| | : | | |
| MEDEX ASSISTANCE CORPORATION, | : | | |
| | : | | |
| Defendant. | : | | |

**ORDER**

**GRANTING THE PLAINTIFF'S MOTION FOR SHOW CAUSE ORDER,
GRANTING THE PLAINTIFF'S MOTION TO SHORTEN TIME**

Upon consideration of the Plaintiff's Consolidated Motion for an Order to Show Cause as to Contempt and to Enforce Preliminary Injunction and Supporting Memorandum of Law, the Plaintiff's Motion to Shorten Time and for Expedited Consideration, and for good cause shown therein, it is this 14th day of February, 2007 hereby

**ORDERED** that the defendant file a written response on or before 5:00 p.m. on Friday, February 16, 2007 to show cause as to why an order should not be entered finding the defendant in contempt of court for failing to comply with the terms of Judge Lamberth's Order dated February 5, 2007, and why the relief requested in the plaintiff's motion should not be granted.

**SO ORDERED**.

RICARDO M. URBINA
for Royce C. Lamberth
United States District Judge