UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

A.G.I.A, Inc.,                                              :

    Plaintiff,                                          :

vs.                                                         :   CA No.: 07-CV-105 RCL
MEDEX ASSISTANCE CORPORATION,                               :

    Defendant.                                          :

### DECLARATION OF MICHAEL GUGLIELMO

I, Michael Guglielmo, declare:

    1.    I am currently vice president of account management for A.G.I.A., Inc. ("AGIA"). I have been employed by AGIA since August of 1995. Part of my duties include overseeing AGIA's relationship with Affinity Group, Inc. ("AGI"), sponsor of the Good Sam Club, Camping World, Coast to Coast and the Golf Card. I have been involved in AGIA's relationship with AGI in one way or another for approximately 11 years. In 2001, I was the account executive at AGIA most responsible for its relationship with AGI.

    2.    I submit this declaration in support of AGIA's Consolidated Motion for Contempt and to Enforce Preliminary Injunction and in opposition to Defendant's Motion for Partial Reconsideration. I have personal knowledge of the facts herein, except as otherwise stated.

    3.    I understand that David Mair, of MEDEX, stated in his supplemental declaration dated February 11, 2007 at par. 5 that "MEDEX has paid for and owned the rights to (877) 773-3432, (800) 698-5688, (877) 565-2542 and (800) 586-0193 for years." I know for a fact that this is not true with respect to number (877) 565-2542. AGI

acquired this number directly from AT&T and subsequently transferred it to MEDEX. This is the single most important number of the four as it is dedicated to the AGI sponsored programs, the Good Sam Club, Camping World, Coast to Coast and Golf Card which include approximately 50,000 members. It is also the number used for the AGI sponsored ERS programs which include about 400,000 members.

4. In April 2001, an issue arose concerning (877) 565-2542. I was directly involved as the responsible AGIA account executive at that time. The history of the phone number is as follows. AGI originally acquired the number from AT&T. When MEDEX became the service provider, calls to this number went to AGI where they were automatically transferred to MEDEX. This system caused a problem in that MEDEX was not able to distinguish incoming calls from AGI members. I was involved in discussions and emails with representatives of AGI and MEDEX wherein we discussed this issue and it was agreed the best solution was to have the number ring directly to MEDEX. AGI implemented this solution through AT&T in April 2001 by arranging to have the number ring directly to MEDEX.

5. AGI consistently made it clear that it considered this number to be its own and wanted to be in control of it. Based on my understanding of the circumstances and my communications with the parties it was clear that everybody involved in the 2001 transaction understood that the number was being transferred to MEDEX simply to expedite calls and did not amount to a relinquishment of AGI's ultimate right to control the number.

6. An email chain among representatives of AGIA, AGI and MEDEX on this topic between April 4, 2001 and in April 20, 2001 is attached hereto as Exhibit 1. The

chain concludes with an email from Darrell Johnson of AGI to among others Kimberly Paxton-Jacinto of my office, and Christopher Steber of MEDEX stating with regard to the number that: "AT&T has the move order and it should be completed by the 27th."

I declare that the foregoing is true and correct and was executed by me at Carpentaria, California on February 13th, 2007.

_____
Michael Guglielmo

# EXHIBIT 1

# CIVIL CASE NO. 07-CV-105-RCL

## Ian Guthrie

**From:** Mark Kupper [MKupper@affinitygroup.com]
**Sent:** Monday, February 12, 2007 1:26 PM
**To:** Mike Guglielmo
**Subject:** FW: Follow-Up/Medex Number

-----Original Message-----
From: Darrell Johnson
Sent: Friday, April 20, 2001 3:16 PM
To: 'Kimberly Paxton-Jacinto'; 'Christopher Steber'
Cc: Mark Kupper; Kathy McNamara; Elizabeth Winer; Becky Iannantuono; Mike Guglielmo
Subject: RE: Follow-Up/Medex Number

AT&T has the move order and it should be completed the 27th. I have a call into the rep to see if this could be expedited.

Darrell

-----Original Message-----
From: Kimberly Paxton-Jacinto [mailto:KPaxton-Jacinto@AGIA.com]
Sent: Wednesday, April 18, 2001 9:22 AM
To: 'Christopher Steber'; 'Darrell Johnson'
Cc: Mark Kupper; Kathy McNamara; Elizabeth Winer; Becky Iannantuono; Mike Guglielmo
Subject: Follow-Up/Medex Number

Good morning, I'm just checking in to see where we are on this.
Thanks!!

-----Original Message-----
From: Christopher Steber [mailto:Csteber@medexassist.com]
Sent: Monday, April 09, 2001 11:55 AM
To: 'Darrell Johnson'
Cc: Mark Kupper; 'Kimberly Paxton-Jacinto'; Kathy McNamara; Elizabeth Winer; Becky Iannantuono
Subject: RE: Medex Number

Darrell:

Here is the information you requested to forward 877-565-2542:

Circuit ID - DHEC 22848
Address - 9515 Deereco Rd., 4th Floor, Timonium, MD 21093
DNIS - 4041
POC Info - Chris Steber, 410-453-6319

If you need anything else, please let me know.

Chris

Christopher Steber
Project Manager

MEDEX Assistance Corporation
410-453-6319 (P)
410-453-6301 (F)
csteber@medexassist.com

-----Original Message-----
From: Darrell Johnson [mailto:DJohnson@AffinityGroup.com]
Sent: Friday, April 06, 2001 5:08 PM
To: 'csteber@medexassist.com'
Cc: Mark Kupper; 'Kimberly Paxton-Jacinto'; Kathy McNamara; Elizabeth Winer
Subject: RE: Medex Number

Christopher, I recieved your contact info from Kimberly at Medex. From my
understanding it appears the best and most efficient way to accomplish the
rerouting of the toll free number is for you to get me the information, i.e.
circuit id, address, DNIS, and POC information and I will submit the order
through my AT&T rep. This is the best way to accomplish this as we own the
number. Please forward the information and any questions you may have so I
can place the order.

Darrell

_____

Darrell R. Johnson
Affinity Group Inc.
303-728-7447 (v)
303-728-7330 (f)


-----Original Message-----
From: Kathy McNamara
Sent: Wednesday, April 04, 2001 12:23 PM
To: Darrell Johnson; Elizabeth Winer
Cc: Mark Kupper; 'Kimberly Paxton-Jacinto'
Subject: RE: Medex Number


Actually, AGIA and Medex are all set to make the fix we just need to provide
them with the info they requested. Darrell, why don't you contact Kimberly
Paxton at AGIA. Her number is 805-566-9191. You guys can work out the
details.

Please let me know if you need any help.

Kathy

-----Original Message-----
From: Darrell Johnson
Sent: Wednesday, April 04, 2001 1:40 PM
To: Kim Hawkins; Elizabeth Winer
Cc: Kathy McNamara; Mark Kupper
Subject: RE: Medex Number


2/13/2007

This should not be a problem to fix. Since AGI is retaining the payment for
this line I would like to leave it on my account. To have the number routed
to a specfic location at Medex I will need the circuit ID, and a DNIS number
to route the calls to. I will also need the physical address and a POC at
Medex for the order. If someone can give me this info or a POC at Medex I
will begin the process.

Darrell

-----Original Message-----
From: Kim Hawkins
Sent: Wednesday, April 04, 2001 11:36 AM
To: Elizabeth Winer; Darrell Johnson
Cc: Kathy McNamara; Mark Kupper
Subject: RE: Medex Number


Actually this sounds like an easy one for Darrell to fix.

Darrell?

-----Original Message-----
From: Elizabeth Winer
Sent: Wednesday, April 04, 2001 11:35 AM
To: Kim Hawkins
Cc: Kathy McNamara; Mark Kupper
Subject: RE: Medex Number


Kim, is this something you can help us with?

-----Original Message-----
From: Kathy McNamara
Sent: Wednesday, April 04, 2001 10:04 AM
To: Mark Kupper; Elizabeth Winer
Subject: FW: Medex Number


Hi there-

Can you please provide this information? Once AGIA gets this to Medex, they
will be able to change the way they answer the ERS related calls.

Thanks!

-----Original Message-----
From: Kimberly Paxton-Jacinto [mailto:KPaxton-Jacinto@AGIA.com]
Sent: Wednesday, April 04, 2001 11:48 AM
To: 'Kathy McNamara'
Cc: Mike Guglielmo
Subject: Medex Number

Hi Kathy - To follow up our conversation this morning, Mike and I spoke to
Chris at Medex about changing the way this line is answered. Currently this
877 number comes into AGI and is transferred to a general line at Medex, this is how is was set up when AGI acquired the number. When a call comes
in to Medex in this manner, they are unable to distinguish one incoming call
from another based on the phone number being used because all calls are routed into this one "bucket."

In order to know that an incoming call is from one of the AGI groups, Medex
needs the 877 number to ring directly into their office under it's own line
and not go through AGI first. Medex can make these arrangements with AT&T
but they need two things from AGI: 1) the customer billing address for this
line and 2) a contact person.

Once Medex has this information, AT&T is telling them that it will take 3
weeks to make the change but Chris thinks he can get it pushed through faster than that. Please let me know if you have any questions. I will forward the requested information to Chris if you can get it to me.
Thanks!

2/13/2007