# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| A.G.I.A., INC., ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 07-CV-105-RCL |
| ) | |
| MEDEX ASSISTANCE CORPORATION, ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant MEDEX Assistance Corporation ("MEDEX") in the above-named case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order granting preliminary injunction entered in this action on February 5, 2007.

Respectfully submitted,

Dated: February 16, 2007

/S/ CREIGHTON R. MAGID
Creighton R. Magid (D.C. Bar # 476961)
Dorsey & Whitney LLP
Washington Square
1050 Connecticut Avenue NW, Suite 1250
Washington, D.C. 20036
(202) 442-3000 (telephone)
(202) 442-3199 (facsimile)
magid.chip@dorsey.com
Counsel for Defendant
**MEDEX ASSISTANCE CORPORATION**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 16th day of February, 2007, a copy of the foregoing Defendant's Notice of Appeal was sent by first-class mail, postage prepaid to:

Stephen M. Pavsner, Esquire (spavsner@jgllaw.com)   **AND ALSO ELECTRONICALLY**
Lawrence R. Holzman, Esquire (lholzman@jgllaw.com)
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, Maryland  20770

Ian M. Guthrie, Esquire
SCHLEY LOOK & GUTHRIE LLP
311 E Carrillo Street, Suite D
Santa Barbara, CA 93101

/S/ CREIGHTON R. MAGID
_____
Creighton R. Magid