IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| A.G.I.A. Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-105 (RCL) |
| ) | |
| MEDEX ASSISTANCE CORP., ) | |
| ) | |
| Defendant. ) | |

## [PROPOSED] ORDER

Upon consideration of MEDEX's Motion for Partial Reconsideration and Vacation of the Court's February 5, 2007 Order, the opposition and reply thereto, and the record herein, the Court hereby VACATES paragraph 8(3) of its February 5, 2007, Order and hereby ORDERS AGIA immediately to execute all necessary authorizations to return to MEDEX each of the four toll-free telephone numbers at issue.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, February ___, 2007.