UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| A.G.I.A., INC., )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>MEDEX ASSISTANCE CORPORATION, )<br>)<br>  Defendant. ) | Civil Action No. 07-CV-105-RCL |

### SECOND SUPPLEMENTAL DECLARATION OF DAVID L. MAIR

I, DAVID L. MAIR, hereby declare as follows:

1.  I am Director, Client Relations, for MEDEX Assistance Corporation ("MEDEX"), the defendant in this matter. I am over the age of 21 years and understand the obligations of an oath. My statements given herein are made as though I were present in a courtroom. I affirm that the facts stated herein are based on my personal knowledge, except where specifically noted, and are true and correct to the best of that knowledge. I make this supplemental Declaration in support of Defendant's Motions for Partial Reconsideration and Vacation of Order of February 5, 2007 and Related Stay. The purpose of the Declaration is to substantiate certain representations made by counsel for MEDEX at the preliminary injunction hearing.

2.  Between January 1, 2007 and January 12, 2007, callers to the toll free numbers provided for certain EA+ participants were given both the telephone numbers for On Call International and the number provided on that portion of MEDEX's telephone script that AGIA characterizes as a "solicitation." The MEDEX number was directed to my desk from January 3 until January 12 as a means of monitoring the volume and nature of calls seeking additional information. During that period, nine calls were received either directly or via voice mail. Three of the calls were from EA+ participants calling to submit information related to prior or existing

case activity. Two callers were directed to the MEDEX claims department for coordination or prior claims. One provider asked for information regarding claims submission and benefit verification. One caller wanted confirmation his EA+ membership had not been terminated as a result of the change. On January 9, 2007, two calls were received. The first call was from Ian Guthrie, counsel to AGIA, trying to confirm who was answering the calls, and the second was from Steve Seivert, a staff member of AGIA responsible for the National Rifle Association program, posing as an NRA member and asking directly about other products from MEDEX, presumably for a family trip to Hawaii. Mr. Sievert, whom I met during strategic marketing meetings with AGIA in its offices in Carpenteria, California during 2006, was the sole caller who inquired about products.

3. I have overseen the handling of all calls to the four toll-free telephone numbers since January 1, 2007. The numbers receive incoming calls only. The lines are answered by recorded message, with an option for the caller to use a second number to speak to somebody live. To my knowledge, no call has been mishandled and no EA+ Eligible Member has experienced interruptions or delays in their service by virtue of MEDEX handling the toll-free numbers.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

February 27, 2007

David L. Mair

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| A.G.I.A., INC., </br></br> Plaintiff, </br></br> v. </br></br> MEDEX ASSISTANCE CORPORATION, </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 07-CV-105-RCL </br> ) </br> ) </br> ) </br> ) |

### DECLARATION OF DENEEN R. DETORIE

I, DENEEN DETORIE, hereby declare as follows:

1. I am Assistant Vice President in Client Relations for MEDEX Assistance Corporation ("MEDEX"), the defendant in this matter. I am over the age of 21 years and understand the obligations of an oath. My statements given herein are made as though I were present in a courtroom. I affirm that the facts stated herein are based on my personal knowledge, except where specifically noted, and are true and correct to the best of that knowledge. I make this Declaration in support of Defendant's Motions for Partial Reconsideration and Vacation of the February 5, 2007 Order.

2. I have been assigned as the MEDEX client relations manager for AGIA since September 2004.

3. MEDEX does not provide "emergency roadside services" in its program of services for AGIA. The sole extent of MEDEX's support for the Good Sam Club Emergency Roadside Service program ("ERS") is to refer Good Sam ERS members who called the Good Sam EA+ number, (877) 565-2542, seeking ERS benefits to the proper ERS vendor at (800) 842-5351. Good Sam ERS members would call the Good Sam EA+ number because they were members of both ERS and EA+ and because they either (1) confused the numbers and mistakenly called the EA+ number when they meant to call the ERS number, or (2) received no

assistance at the ERS number (e.g., because they called after business hours), and therefore called the 24-hour EA+ number seeking to obtain ERS benefits.

4. To address these problems, MEDEX provided the following message on (877) 565-2542 before January 1, 2007: "if you have a question about your Emergency Road Service program, please hang up and dial 1-800-842-5351 and a service representative will be happy to help you." A copy of the complete pre-January 1, 2007 script is attached as Exhibit A. ERS callers who remained on the EA+ line to speak with a live operator were similarly referred to the ERS number.

5. In 2004, AGIA and MEDEX agreed to a fee of $500 per month to service misdirected calls as described above, and that fee continued through December 31, 2006. MEDEX has never provided ERS benefits through the EA+ number or otherwise.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

February 27, 2007

_____
Deneen R. Detorie

# Exhibit A
# to
# Declaration of Deneen R. Detorie

ERS Phone Script In Effect on 877-565-2542 Before January 1, 2007

"Thank you for calling Emergency Medical Referral Services, the program designed to help you find medical assistance while you are traveling. If you have a question regarding your Emergency Medical Assistance benefit or if you have a question about your Emergency Road Service program, please hang up and dial 1-800-842-5351 and a service representative will be happy to help you. If you need assistance with finding medical dental or legal help, replacing a prescription or need to speak with someone to schedule a doctor or dentist appointment, please stay on the line and an Emergency Medical Referral Service Representative will be right with you.

"All collect calls are accepted...."

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of February, 2007, a copy of the foregoing Second Supplemental Declaration of David L. Mair and the Declaration of Deneen R. Detorie were mailed by first-class mail, postage prepaid to:

Stephen M. Pavsner, Esquire (spavsner@jgllaw.com)
Lawrence R. Holzman, Esquire (lholzman@jgllaw.com)
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770

Ian M. Guthrie, Esquire
SCHLEY LOOK & GUTHRIE LLP
311 E Carrillo Street, Suite D
Santa Barbara, CA 93101

/S/ CREIGHTON R. MAGID
_____
Creighton R. Magid