UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| A.G.I.A., INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MEDEX ASSISTANCE CORPORATION,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-CV-105-RCL |

### ORDER

Upon consideration of Defendant Medex's Motion for Partial Reconsideration and Vacation of the Court's February 5, 2007 Order, the opposition and reply thereto, and the record herein, it is hereby this ___ day of March, 2007,

ORDERED, that the Court hereby VACATES paragraph 8(3) of its February 5, 2007 Order; and further

ORDERED that Plaintiff A.G.I.A. immediately execute all necessary authorizations to return to Medex each of the four toll-free numbers at issue.

_____　　　_____
DATE　　　　　　　　　　　　　　　　　　　ROYCE C. LAMBERTH, Judge

COPIES:

Creighton R. Magid, Esquire
Dorsey & Whitney LLP
1050 Connecticut Avenue, N.W., Suite 1250
Washington, D.C.  20036

Stephen M. Pavsner, Esquire
Lawrence R. Holzman, Esquire
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, Maryland  20770

Ian M. Guthrie, Esquire
SCHLEY LOOK & GUTHRIE LLP
311 E Carrillo Street, Suite D
Santa Barbara, CA 93101

Case 1:07-cv-00105-RCL    Document 34    Filed 03/01/2007    Page 2 of 2