# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-7019**           **September Term, 2006**

07cv00105

Filed On:

A.G.I.A., Inc.,
      Appellee

v.

MEDEX Assistance Corporation ("MEDEX"),
      Appellant



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  MAR 1 5 2007

CLERK

**BEFORE:** Brown, Griffith, and Kavanaugh, Circuit Judges

## ORDER

Upon consideration of the emergency motion to expedite appeal, the opposition thereto, and the reply, it is

**ORDERED** that the motion to expedite be denied. Appellant's pending motion for partial reconsideration renders the notice of appeal ineffective to appeal the district court's February 5, 2007 order. See Fed. R. App. P. 4(a)(4)(B). It is

**FURTHER ORDERED** that this case be held in abeyance pending further order of the court. The parties are directed to file motions to govern further proceedings within 30 days of the district court's disposition, or appellant's withdrawal, of the motion for partial reconsideration.

The Clerk is directed to transmit a copy of this order to the district court.

**Per Curiam**

BK