IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **A.G.I.A. Inc.,**           )<br>                              )<br>        **Plaintiff,**        )<br>                              )<br>**v.**                        )<br>                              )<br>**MEDEX ASSISTANCE CORP.,**   )<br>                              )<br>        **Defendant.**        )<br>                              ) | Civil Action No. 07-105 (RCL) |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff A.G.I.A., Inc. and defendant MEDEX Assistance Corp., through their respective counsel, that the above-captioned action shall be and is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), without costs to any party.

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| __/s/ Lawrence R. Holzman_____<br>Stephen M. Pavsner (D.C. Bar # 912220)<br>Lawrence R. Holzman (D.C. Bar #466472)<br>JOSEPH, GREENWALD AND LAAKE, P.A.<br>6404 Ivy Lane, Suite 400<br>Greenbelt, MD 20770<br>(301) 220-2200 (telephone)<br>(301) 220-1214 (facsimile)<br>spavsner@jgllaw.com<br>lholzman@jgllaw.com | ___/s/ Creighton R. Magid_____ _____<br>Creighton R. Magid (D.C. Bar # 476961)<br>DORSEY & WHITNEY LLP<br>Washington Square<br>1050 Connecticut Avenue NW, Suite 1250<br>Washington, DC 20036<br>(202) 442-3000 (telephone)<br>(202) 442-3199 (facsimile)<br>magid.chip@dorsey.com |

DATED:  August 7, 2007