# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-7019**                                **September Term, 2007**

                                               07cv00105

                                               **Filed On:**

A.G.I.A., Inc.,
    Appellee

v.

MEDEX Assistance Corporation ("MEDEX"),
    Appellant



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  NOV 2 7 2007

CLERK

**ORDER**

    Upon consideration of appellant's motion to dismiss appeal as moot, it is

    **ORDERED** that the motion be granted, and this case is hereby dismissed.

    The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

                                           **FOR THE COURT:**
                                           Mark J. Langer, Clerk

                            BY:

                                           Mark Butler
                                           Deputy Clerk

A True copy:

    United States Court of Appeals
    for the District of Columbia Circuit

By: _____ Deputy Clerk